**Bullseye Dispatch, Inc.**

1298 N Bush Ave
Kankakee, IL 60901

# Invoice

| Date | Invoice # |
|---|---|
| 6/3/2013 | 2665 |

**Bill To**

Scarff Brothers Inc
1522 W Main St
Ephrata, PA  17522-1122

| Terms |
|---|
|  |

| Description | Truck | Miles/Cwt | Rate | Amount |
|---|---|---|---|---|
| 5/30/13  Guymon, OK - Clarksville, GA - 110 hd | Wilkerson | | 2,500.00 | 2,500.00 |
| Hartford Insurance per load (Death and Cripple Ins.) | | | 20.00 | 20.00 |
| 5/30/13  Guymon, OK - Clarksville, GA | Buddy Logistics | | 2,500.00 | 2,500.00 |
| Hartford Insurance per load (Death and Cripple Ins.) | | | 20.00 | 20.00 |

Thank you for your business.

**Total** $5,040.00



EXHIBIT 1