Ankony Land LLC

P.O.Box 1767
Clarkesville, GA 30523

# Invoice

| Date | Invoice # |
|---|---|
| 7/23/2013 | 5 |

**Bill To**

Howard Scarff
Scarff Brothers Inc.
1522 West Main Street
Epharata, PA 17522

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 333 | August 1 - August 31; 333 Herefords @ $1.60 per day | 49.60 | 16,516.80 |
| 78 | August 1 - August 31; 78 Angus with 62 calves @ $1.60 per day | 49.60 | 3,868.80 |
| 22 | August 1 - August 31; 22 Angus with 22 calves @ $2.00 per day | 62.00 | 1,364.00 |
| 27 | August 1 - August 31; 27 Angus that lost calves @ $1.60 per day | 49.60 | 1,339.20 |
| 20 | August 1 - August 31; 20 Hereford females with 20 calves @ $2.00 per day | 62.00 | 1,240.00 |
| 2 | August 1 - August 31; 2 Hereford females that lost calves @ $1.60 per day | 49.60 | 99.20 |
| 1 | Owens Farm and Home Supplies Inc. (5 invoices emailed to Dave on 7/18/13) | 3,407.34 | 3,407.34 |
| 1 | Clarkesville Veterinary Hospital (Invoice emailed to Dave on 7/18/13) | 836.77 | 836.77 |

*(handwritten) ① $4,042.40*

We appreciate your prompt payment.

**Total** $28,672.11

EXHIBIT 3