4

#781

# MOVEMENT INVOICE

**CRI FEEDERS Of Guymon, LLC**
Rt. 2 Box 114
Guymon, OK 73942
(580) 545-3344

**Shipment/Out**                                            Date:     05/31/13

Owner: **SCARFF - EXPORT**

Dest/Cause **ANKONY FARMS- GA**                 Audit No:   76555
                                                Advice No
Pen: **LOM**     Lot: **EO10**

Sex......................................... **Heifer**

| Field | Value | Averages |
|---|---|---|
| Head | 71 | |
| Off-Truck Weight | 70,080 | 987 /hd |
| Shrink | 4.00 % | |
| Pay Weight | 67,277 | 948 /hd |
| Cattle Amount | $127,800.00 | $189.96 /cwt |
| Total Amount | $127,800.00 | |

Remarks:

71 PAIRS @ $1800 = $127,800.00

49 angus
22 hereford
—
71

71 calves - 8,540

EXHIBIT 4