**Ankony Land LLC**

P.O.Box 1767
Clarkesville, GA 30523

# Invoice

| Date | Invoice # |
|---|---|
| 6/21/2013 | 3 |

**Bill To**

Howard Scarff
Scarff Brothers Inc.
1522 West Main Street
Epharata, PA  17522

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 333 | July 1 - July 31; 333 Herefords @ $1.60 per day | 49.60 | 16,516.80 |
| 76 | July 1 - July 31; 78 Angus with 62 calves @ $1.60 per day  — 3,868.80 | 49.60 | ~~3,769.60~~ |
| 33 | June 2 - July 31; 33 Angus with 33 calves @ $2.00 per day — 4,080.00 | 120.00 | ~~3,960.00~~ |
| 16 | June 2 - July 31; 16 Angus that lost calves @ $1.60 per day | 96.00 | 1,536.00 |
| 21 | June 2 - July 31; 21 Hereford females with 21 calves @ $2.00 per day | 120.00 | 2,520.00 |
| 1 | Owens Farm and Home Supplies Inc. | 865.30 | 865.30 |
| 1 | As per conversation | 20,000.00 | 20,000.00 |

(handwritten: 78 → 76; 34 → 33)

**Total**  ~~$49,167.70~~   $49,386.90


EXHIBIT 10