**HADCO VET SUPPLY, INC.**
1-800-348-2584
1-706-547-0862
P.O. Box 266
15329 HWY 296 N
Stapleton, GA 30823

# Invoice

| Date | Invoice # |
|---|---|
| 9/3/2013 | 85088 |

| Bill To |
|---|
| Ankony Farms<br>P.O. Box 1767<br>Clarkesville, GA 30523 |

| P.O. No. | Terms | Ship Date | Ship Via | Project |
|---|---|---|---|---|
|  |  | 9/3/2013 |  |  |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Calf Feed Bulk | Calf Feed Bulk | 3.93 | 288.00 | 1,131.84 |
| Custom Blend | Cow Feed<br>tkt#99708 / 9-3-13 | 7.97 | 263.00 | 2,096.11 |

Sales Tax (7.0%)    $0.00

This invoice is due upon delivery. Customer agrees to pay invoice within the terms of the sale. A monthly service fee of 1.5% will be charged on past due month-end balances.

Total    $3,227.95

Customer Total Balance    $3,327.78

EXHIBIT 12