# HADCO VET SUPPLY, INC.

1-800-348-2584    1-706-547-0862
P.O. Box 266
15329 HWY 296 N
Stapleton, GA  30823

# Invoice

| Date | Invoice # |
|---|---|
| 9/10/2013 | 85144 |

| Bill To |
|---|
| Ankony Farms<br>P.O. Box 1767<br>Clarkesville, GA 30523 |

| P.O. No. | Terms | Ship Date |
|---|---|---|
|  |  |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Calf Feed Bulk | 12.25 | 263.00 | 3,221.75 |
| Custom Blend/Cow Feed | 4.87 | 251.00 | 1,222.37 |
| tkt 99800 |  |  |  |

| | |
|---|---|
| Subtotal | $4,444.12 |
| Sales Tax (7%) (7.0%) | $0.00 |
| Total | $4,444.12 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$7,771.90** |


EXHIBIT 14