**HADCO VET SUPPLY, INC.**
1-800-348-2584
1-706-547-0862
P.O. Box 266
15329 HWY 296 N
Stapleton, GA  30823

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2013 | 85249 |

| Bill To |
|---|
| Ankony Farms<br>P.O. Box 1767<br>Clarkesville, GA 30523 |

| P.O. No. | Terms | Ship Date | Ship Via | Project |
|---|---|---|---|---|
|  |  | 9/27/2013 |  |  |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Custom Blend | Cow Feed | 10.05 | 245.00 | 2,462.25 |
| Calf Feed Bulk | Calf Feed Bulk | 10.01 | 250.00 | 2,502.50 |
|  | tkt#100032 / 9-27-13 |  |  |  |

|  |  |
|---|---|
| Sales Tax (7.0%) | $0.00 |
| Total | $4,964.75 |
| Customer Total Balance | $9,508.70 |

This invoice is due upon delivery.  Customer agrees to pay invoice within the terms of the sale.  A monthly service fee of 1.5% will be charged on past due month-end balances.

EXHIBIT 15