9/

**HADCO VET SUPPLY, INC.**

1-800-348-2584  1-706-547-0862
P.O. Box 266
15329 HWY 296 N
Stapleton, GA 30823

Inv

| Date | Invoice |
|---|---|
| 6/26/2013 | 84746 |

| Bill To |
|---|
| Ankony Farms<br>P.O. Box 1767<br>Clarkesville, GA 30523 |

| P.O. No. | Terms | Ship Date |
|---|---|---|
|  |  |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Beef Feed | 5.07 | 293.00 | 1,485.51 |
| Calf Feed | 6.1 | 296.00 | 1,805.60 |
| tkt 98970/98972 | | | |

| | |
|---|---|
| Subtotal | $3,291.11 |
| Sales Tax (7%) (7.0%) | $0.00 |
| Total | $3,291.11 |
| Payments/Credits | $0.00 |
| Balance Due | ~~$3,291.11~~ |

$3,291.11

EXHIBIT 18