12

Clarkesville Veterinary Hospital
6637 Highway 115
Clarkesville, Ga 30523
(706) 839-7387

**Farm Ankony**
Po Box 1767
Clarkesville, GA 30523

Date: 7/15/2013
Account: 612

| Current | 30 Days | 60 Days | 90 Days | Last Payment | Balance |
|---|---|---|---|---|---|
| 836.77 | 0.00 | 0.00 | 0.00 | 12/29/2011 | 836.77 |

**Invoice 87886**

| Date | Description | Quantity | Extended | |
|---|---|---|---|---|
| 6/7/2013 | Banamine (Flunixin Meglumine) 100ml bottle | 2 | 84.60 | |
| 6/7/2013 | Nuflor inj 100ml Cattle | 1 | 123.98 | |
| 6/20/2013 | Baytril 100 mg/ml 100ml Bottle Cattle | 1 | 192.60 | |

Service(s) for Cattle
Invoice Includes Discounts of $44.58

| | | |
|---|---|---|
| SalesTax | $28.08 | |
| Discounts | $0.00 | |
| Sub Total | $429.26 | |
| Beginning Balance | | ($222.94) |
| Payment | | $0.00 |
| Ending Balance | | $206.32 |

**Invoice 88423**

| Date | Description | Quantity | Extended |
|---|---|---|---|
| 6/30/2013 | Exam Emergency- After Hours- LA Cattle | 1 | 145.00 |
| 6/30/2013 | Stomach Tube Cattle | 1 | 37.50 |
| 6/30/2013 | Electrolytes Cattle | 1 | 8.00 |
| 6/30/2013 | Inj. Hypertonic saline Cattle | 1 | 26.50 |
| 6/30/2013 | Therabloat Cattle | 1 | 15.53 |

Service(s) for Cattle
Invoice Includes Discounts of $1.73

| | | |
|---|---|---|
| SalesTax | $1.09 | |
| Discounts | $0.00 | |
| Sub Total | $233.62 | |
| Beginning Balance | | $206.32 |
| Payment | | $0.00 |
| Ending Balance | | $439.94 |

**Invoice 88547**

| Date | Description | Quantity | Extended |
|---|---|---|---|
| 7/1/2013 | Exam- Health Certificate- LA Cattle | 1 | 51.75 |
| 7/1/2013 | Mileage Cattle | 3 | 15.00 |

*Monday, July 15, 2013*

EXHIBIT 22

13

Service(s) for Cattle

| | | Sales Tax | $0.00 |
| | | Discounts | $0.00 |
| | | Sub Total | $66.75 |
| | | Beginning Balance | $439.94 |
| | | Payment | $0.00 |
| | | Ending Balance | $506.69 |

| Invoice 88804 | Date | Description | Quantity | Extended |
|---|---|---|---|---|
| | 7/5/2013 | Banamine (Flunixin Meglumine) 100ml bottle | 1 | 42.30 |
| | 7/5/2013 | Vitamin B Complex bottle 100ml Cattle | 1 | 18.23 |
| | 7/5/2013 | Nuflor inj 100ml Cattle | 2 | 247.95 |

Service(s) for Cattle
Invoice Includes Discounts of $34.28

| | | Sales Tax | $21.60 |
| | | Discounts | $0.00 |
| | | Sub Total | $330.08 |
| | | Beginning Balance | $506.69 |
| | | Payment | $0.00 |
| | | Ending Balance | $836.77 |

**Please Remit** $836.77

Monday, July 15, 2013