Ankony Land LLC

P.O.Box 1767
Clarkesville, GA 30523

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2013 | 6 |

**Bill To**

Howard Scarff
Scarff Brothers Inc.
1522 West Main Street
Epharata, PA  17522

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 127 | October 1 - October 31; 127 Herefords @ $1.60 per day     (Correction on the amount of Herefords) | 49.60 | 6,299.20 |
| 78 | October 1 - October 31; 78 Angus with 62 calves @ $1.60 per day | 49.60 | 3,868.80 |
| 22 | October 1 - October 31; 22 angus with 22 calves @ $2.00 per day | 62.00 | 1,364.00 |
| 27 | October 1 - October 31; 27 Angus that lost calves @ $1.60 per day | 49.60 | 1,339.20 |
| 20 | October 1 - October 31; 20 Hereford females with 20 calves @ $2.00 per day | 62.00 | 1,240.00 |
| 2 | October 1 - October 31; 2 Hereford females that lost calves @ $1.60 per day | 49.60 | 99.20 |
|  |  | 0.00 | 0.00 |
| 80 | Reimbursement of 80 Herefords @ $1.60 per day for 7 days  (Cattle shipped on 9/23) | -11.20 | -896.00 |

③ $4,042.40

Thank You!

**Total** $13,314.40

EXHIBIT 24