# Invoice

Ankony Land LLC
P.O. Box 1767
Clarkesville, GA 30523

| Date | Invoice # |
|---|---|
| 8/26/2013 | 6 |

**Bill To**
Howard Scarff
Scarff Brothers Inc.
1522 West Main Street
Epharata, PA 17522

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 291 | September 1 - September 30; 291 Herefords @ $1.60 per day | 48.00 | 13,968.00 |
| 78 | September 1 - September 30; 78 Angus with 62 calves @ $1.60 per day | 48.00 | 3,744.00 |
| 22 | September 1 - September 30; 22 angus with 22 calves @ $2.00 per day | 60.00 | 1,320.00 |
| 27 | September 1 - September 30; 27 Angus that lost calves @ $1.60 per day | 48.00 | 1,296.00 |
| 20 | September 1 - September 30; 20 Hereford females with 20 calves @ $2.00 per day | 60.00 | 1,200.00 |
| 2 | September 1 - September 30; 2 Hereford females that lost calves @ $1.60 per day | 48.00 | 96.00 |
| 1 | Owens Farm and Home Supplies Inc. invoices (3) | 2,760.39 | 2,760.39 |
| 1 | Reimbursement of 42 head @ $1.60 per day for 10 days | -739.20 | -739.20 |

② $6,672.39

**Total** $23,645.19


EXHIBIT 25