IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SCARFF BROTHERS, INC., a corporation, | |
| Plaintiff, | CIVIL ACTION FILE NO. 2:14-CV-00128-WCO |
| v. | |
| BULLSEYE DISPATCH, INC., an Illinois corporation, ALEX WILKERSON D/B/A WILKERSON TRANSPORT, and NATIONAL CASUALTY COMPANY, a corporation, | |
| Defendants. | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served a copy of the following **NATIONAL CASUALTY COMPANY'S FIRST CONTINUING REQUEST FOR ADMISSION TO BULLSEYE DISPATCH, INC.** by depositing same in the United States Mail in properly-addressed envelopes with adequate postage thereon to:

Mark A. Gilbert, Esq.
Eric A. Collins, Esq.
Coleman Talley, LLP
910 North Patterson Street
Valdosta, GA 31601

N. Jason Thompson, Esq.
The Thompson Legal Advisory Firm, P.C.
P. O. Box 1222
Gainesville, GA 30503

This 29th day of September, 2014.

                              <u>s/SCOTT W. ZOTTNECK</u>
                                Georgia Bar No. 700008
                                For the Firm
                                **Attorney for Defendant National Casualty Company**

MCMICKLE, KUREY & BRANCH, L.L.P.
200 South Main Street
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email: szottneck@mkblawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Mark A. Gilbert, Esq.
Eric A. Collins, Esq.
Coleman Talley, LLP
910 North Patterson Street
Valdosta, GA 31601

N. Jason Thompson, Esq.
The Thompson Legal Advisory Firm, P.C.
P. O. Box 1222
Gainesville, GA  30503

        s/SCOTT W. ZOTTNECK
        Georgia Bar No. 700008
        For the Firm
        **Attorney for Defendant National Casualty Company**

MCMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, GA 30009
Telephone:  (678) 824-7800
Facsimile:  (678) 824-7801
Email:  szottneck@mkblawfirm.com

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Times New Roman, 14 pt.

12771