IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SCARFF BROTHERS, INC., a corporation, | |
| Plaintiff, | CIVIL ACTION FILE NO. 2:14-CV-00128-WCO |
| v. | |
| BULLSEYE DISPATCH, INC., an Illinois corporation, ALEX WILKSERON D/B/A WILKERSON TRANSPORT, and NATIONAL CASUALTY COMPANY, a corporation, | |
| Defendants. | |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have served the foregoing:

**SUBPOENA IN A CIVIL CASE TO:**

- **Ankony Land, LLC;**

- **CRI Feeders of Guymon, LLC.**

- **Clarksville Veterinary Hospital**

- **Land Specialists, LLC**

- **Oklahoma State Department of Agriculture**

by depositing a copy thereof in the United States Mail with sufficient first-class postage to ensure delivery addressed to:

    Mark A. Gilbert, Esq.
    Eric A. Collins, Esq.
    Coleman Talley, LLP
    910 North Patterson Street
    Valdosta, GA 31601

    N. Jason Thompson, Esq.
    The Thompson Legal Advisory Firm, P.C.
    P. O. Box 1222
    Gainesville, GA 30503

This 30th day of September, 2014.

                MCMICKLE, KUREY & BRANCH, LLP

                /s/ Scott W. Zottneck
                SCOTT W. ZOTTNECK
                For the Firm

200 S. Main Street
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2014, I electronically filed this **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Mark A. Gilbert, Esq.
Eric A. Collins, Esq.
Coleman Talley, LLP
910 North Patterson Street
Valdosta, GA 31601

N. Jason Thompson, Esq.
The Thompson Legal Advisory
Firm, P.C.
P. O. Box 1222
Gainesville, GA  30503

        MCMICKLE, KUREY & BRANCH, LLP

        /s/ Scott W. Zottneck
        SCOTT W. ZOTTNECK
        For the Firm

MCMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, GA  30009
Telephone:  (678) 824-7800
Facsimile:  (678) 825-7802
Email:  rjk@mkblawfirm.com

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Times New Roman, 14 pt.